UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

FEB 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 7:25-cr-07-KKC

UNITED STATES OF AMERICA                                   PLAINTIFF

V.          **MOTION OF UNITED STATES FOR WRIT
            OF HABEAS CORPUS AD PROSEQUENDUM**

**BRADFORD HUNT**                                          **DEFENDANT**

\* \* \* \* \*

The Defendant, **BRADFORD HUNT**, is now confined at the Floyd County Detention Center, in Prestonsburg, Kentucky. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **HUNT** to the United States Marshal so that **HUNT** may be brought before this Court for an arraignment and for other proceedings.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By: /s/ Andrew H. Trimble

Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4838
andrew.trimble@usdoj.gov