UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:25-cr-07-KKC

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

V.        **ORDER GRANTING MOTION OF UNITED STATES FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**BRADFORD HUNT**                                     **DEFENDANT**

\* \* \* \* \*

On February 27, 2025, the federal grand jury indicted the Defendant, **BRADFORD HUNT**, on various drug and firearm charges. **HUNT** is now confined at the Floyd County Detention Center, in Prestonsburg, Kentucky in connection with alleged violations under state law. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **HUNT** to the United States Marshal so that **HUNT** may be brought before this Court for an arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the jailer shall DELIVER the Defendant, **HUNT**, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER **HUNT** in custody before the United States District Court at Pikeville, Kentucky, on _____, 20\_\_\_, at _____, for an arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP **HUNT** in custody until he is no longer needed, at which time the Marshal shall RETURN **HUNT** to the custody of the jailer.

On this _____ day of _____ 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal (3 certified copies)
         United States Probation
         Andrew H. Trimble, Assistant United States Attorney