# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

**CRIMINAL ACTION NO. 7:25-CR-007-KKC-EBA**

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                 **MOTION OF UNITED STATES FOR WRIT
OF HABEAS CORPUS AD PROSEQUENDUM**

**BRADFORD HUNT**                                                        **DEFENDANT**

\* \* \* \* \*

The Defendant, **BRADFORD HUNT**, is now confined at the Pike County Detention Center, in Pikeville, Kentucky.  Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **HUNT** to the United States Marshal so that **HUNT** may be brought before this Court for an arraignment and for other proceedings.  Upon the Motion of the United States, the Court previously issued a writ transferring **HUNT** from the Floyd County Detention Center [R. 8].  Since Hunt is no longer in Floyd County, that writ can be vacated. [R. 8].

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By:    _/s/ *Andrew Trimble*_____
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY  40741
(606) 330-4838
andrew.trimble@usdoj.gov