UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 7:25-CR-00007-KKC-EBA-1

UNITED STATES OF AMERICA PLAINTIFF,

V. **ORDER**

BRADFORD HUNT, DEFENDANT.

*** *** *** ***

This matter is before the Court on the USA's second motion for Writ of Habeas Corpus ad Prosequendum. [R. 9]. The Court previously granted the USA's first motion for a writ of habeas corpus ad prosequendum and directed that Defendant Hunt be transported from Floyd County Detention Center so that he could be brought before this Court for an arraignment and other proceedings. [R. 8]. The United States has now moved for another writ and to vacate the Court's previous order because Hunt has now been moved to the Pike County Detention Center in Pikeville, Kentucky. [R. 9]. Accordingly, this Court having been sufficiently advised,

**IT IS ORDERED** that the Court's February 28, 2025, Order [R. 8] is **VACATED**.

**IT IS FURTHER ORDERED** that the Second Motion of the United States for a writ of habeas corpus ad prosequendum [R. 9] is **GRANTED**. The jailer of the Pike County Detention Center in Pikeville, Kentucky, shall **DELIVER** the Defendant, Bradford Hunt, to the United States Marshal for the Eastern District of Kentucky. The Marshal shall **DELIVER** the Defendant in custody before the United States District Court **at PIKEVILLE**, Kentucky, on **FRIDAY, MARCH 28, 2025, at 1:00 P.M.**, for an initial appearance and arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of. The Marshal shall

**KEEP** Hunt in custody until he is no longer needed, at which time the Marshal shall **RETURN** Hunt to the custody of the jailer.

Signed March 7, 2025.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**