UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:25-CR-00007

UNITED STATES OF AMERICA,     PLAINTIFF,

VS.

BRADFORD HUNT,     DEFENDANT.

## MOTION FOR A BRIEF CONTINUANCE

Comes now the Hon. Richard A. Hughes, counsel for the Defendant Bradford Hunt, and respectfully requests the court briefly continue the trial presently set for June 2, 2025.

In support hereof, counsel states he has had conversations with the AUSA who is assisting in obtaining information from law enforcement involving log records related to previous contact between the Defendant and the law enforcement officials. Same is necessary to complete the defense position. Lastly, counsel states this motion is not made for the purposes of delay, but rather to request a very short continuance in hopes of obtaining the log records.

RESPECTFULLY SUBMITTED,

/s/Richard A. Hughes
HON. RICHARD A. HUGHES
ATTORNEY AT LAW
P. O. BOX 1139
ASHLAND, KY. 41105
(606) 325-3399

## NOTICE

All parties please take notice the foregoing motion shall be brought before this honorable court at it's earliest convenience.

## CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Andrew Trimble
260 W. Vine
Ste. 300
Lexington, Ky. 40507

This the 19th day of May, 2025.

/s/Richard A. Hughes
HON. RICHARD A. HUGHES