UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CASE NO. 7:25-CR-00007

UNITED STATES OF AMERICA,                                                    PLAINTIFF,

VS.

BRADFORD HUNT,                                                                     DEFENDANT.

### ORDER

Upon motion of the Defendant, and all parties being duly advised;

WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the motion to to continue the June 2, 2025 trial date, and all parties being advised, the above styled matter shall be continued and rescheduled for the ___ day of _____, 2025., at the hour of _____.

_____
UNITED STATES FEDERAL JUDGE

### CERTIFICATION

The above styled motion was mailed, postage prepaid, or hand delivered to the following:

Hon. Andrew Trimble
260 W. Vine Street
Ste. 300
Lexington, Ky. 40507

Hon. Richard A. Hughes
P. O. Box 1139
Ashland, Ky. 41105-1139

This the ___ day of _____, 2025.

UNITED STATES FEDERAL CLERK

BY: _____ D.C.