UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. **7:25-CR-007-KKC**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | **RESPONSE TO DEFENDANT'S MOTION TO CONTINUE JURY TRIAL** |
| BRADFORD HUNT | DEFENDANT |

\* \* \* \* \*

The United States does not object to Defendant Bradford Hunt's motion to continue trial. [R. 16]. For scheduling purposes, to the extent that it can be accommodated by the Court, the undersigned anticipates being in trial or otherwise unavailable on the following dates: June 9-13, 2025 and June 16-18, 2025. The United States presently anticipates that this case will proceed to trial and that the trial in this case will take one to two days.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By:  /s/ *Andrew H. Trimble*
Andrew H. Trimble
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 864-5523
andrew.trimble@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I electronically filed this document through the ECF system, which will send notice of the filing to all counsel of record.

*/s/ Andrew H. Trimble*
Assistant United States Attorney

Case: 7:25-cr-00007-KKC-EBA    Doc #: 17    Filed: 05/19/25    Page: 2 of 2 - Page ID#: 43