UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 7:25-CR-07-KKC-EBA-1** |
| Plaintiff, | |
| v. | **ORDER** |
| **BRADFORD HUNT,** | |
| Defendant. | |

This matter is before the Court on its own motion. It is HEREBY ORDERED that the JURY TRIAL, scheduled for August 11, 2025 at 9:00 a.m. SHALL TAKE PLACE in Lexington, Kentucky. Counsel and defendant to be present at 8:30 a.m.

This 15th day of July, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY