**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL NO. 7:25-CR-07-KKC**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION FOR PRELIMINARY JUDGMENT OF FORFEITURE**

**BRADFORD HUNT** **DEFENDANT**

* * * * *

The United States hereby moves for entry of a Preliminary Judgment of Forfeiture based on the Indictment [DE 1] and the Plea Agreement [DE 25] entered herein. A proposed forfeiture order is tendered herewith.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

/s/ John M. Spires
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507
Phone: (859) 233-2661
Fax: (859) 233-2658
E-mail: john.spires@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to all counsel of record.

/s/ John M. Spires