**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL NO. 7:25-CR-07-KKC**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **PRELIMINARY JUDGMENT OF FORFEITURE**

**BRADFORD HUNT** **DEFENDANT**

* * * * *

Based on the Plea Agreement [DE 25], and for the reasons stated at bar, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the following property is subject to forfeiture and the Defendant's interest in the property is forfeited to the United States of America pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461:

**CURRENCY:**
$1,465.00 in United States currency

**FIREARMS:**
a. Taurus, Model G2C, 9mm semi-automatic handgun and one (1) magazine with serial number ACD829621; and
b. Black and silver 22 caliber revolver with no visible make or model, with serial number 30728.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this forfeiture order will become final as to the Defendant at the time of sentencing and be made part of the sentence and included in the judgment.

**IT IS FURTHER ORDERED** that an agency of the United States shall forthwith seize the above-described property and maintain custody of it in accordance with 21 U.S.C. § 853 and all relevant laws until further order of this Court.

**IT IS FURTHER ORDERED** that the United States shall provide notice to all persons who may have an interest in the above-described property, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), and is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(c).

**IT IS FURTHER ORDERED** that the Clerk deliver copies of this Order to all counsel of record and United States Probation. The Motion of the United States (DE #28) is GRANTED.

This 2nd day of September, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY