**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL NO. 7:25-CR-07--KKC**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**          **MOTION FOR FINAL DECREE AND ORDER OF FORFEITURE**

**BRADFORD HUNT**                                                                 **DEFENDANT**

**\* \* \* \* \***

The United States hereby moves this Court for a Final Decree and Order of Forfeiture based upon the Preliminary Judgment of Forfeiture [DE 29], Judgment [DE 32], and Declaration of Publication (attached hereto as Exhibit A). A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

/s/ John M. Spires
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507
Phone: (859) 233-2661
Fax: (859) 233-2658
E-mail: john.spires@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to counsel of record.

/s/ John M. Spires
Assistant U.S. Attorney