**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

**CRIMINAL NO. 7:25-CR-07-KKC**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**V.**          **FINAL DECREE AND ORDER OF FORFEITURE**

**BRADFORD HUNT**                                          **DEFENDANT**

* * * * *

WHEREAS, on September 2, 2025, this Court entered a Preliminary Judgment of Forfeiture [DE 29], pursuant to 21 U.S.C. 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461;

WHEREAS, the forfeiture was noted on the record at the Defendant's sentencing and included in the Judgment [DE 32 at 7];

WHEREAS, notice of the United States' intention to dispose of the seized property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published on an official government internet website for thirty (30) consecutive days beginning February 25, 2026 (Declaration of Publication attached to the United States' motion);

WHEREAS, direct notice of forfeiture was attempted via Federal Express on May 4, 2026, to Erica Urias, and again via regular mail on May 19, 2026;

AND WHEREAS, there were no known third parties entitled to direct notice of the forfeiture, and no claim has been made to the forfeited property,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1.      The following property is forfeited to the United States of America and no right, title, or interest in the property shall exist in any other party:

**CURRENCY:**
$1,465.00 in United States currency

**FIREARMS:**
a.  Taurus, Model G2C, 9mm semi-automatic handgun and one (1) magazine with serial number ACD829621; and
b.  Black and silver 22 caliber revolver with no visible make or model, with serial number 30728.

2.      An agency of the United States shall forthwith seize the forfeited property and dispose of it in accordance with the law.

3.      Any and all forfeited funds and/or the proceeds of the sale of any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This ____ day of _____, 2026.