Eastern District of Kentucky
**FILED**

JUL 2 1 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

JUL 2 1 2026

BRADFORD HUNT )
*Petitioner* )
)
) Civil Action No. 0643 7:25-CR-007-KKC-01
)
V. ) PETITION TO BE TAKEN INTO
) CUSTODY BY THE BUREAU
) OF PRISONS
)
UNITED STATES OF AMERICA )
*Respondent* ) NOTED: JULY 14, 2026
)

## I.    Introduction

Comes now, Petitioner, Bradford Hunt, *Pro Se,* and respectfully, petitions this Honorable Court to take custody of Petitioner as the Bureau of Prisons currently has jurisdiction of Petitioner. Petitioner submits this Petition pursuant to any and all applicable Federal statutes, laws, or rules that may apply. In support of this Petition, Petitioner states as follows:

## V.    Statement of The Case

1)    That on or about the 24th day of November, 2025, at approximately 1:30PM, Petitioner appeared before this Honorable Court for sentencing in regards to Count 1) Possession with intent to Distribute Controlled Substances, including 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 40 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl pursuant to 21 USC § 841(a)(1) and Count 2) Possession of a Firearm in Furtherance of a Drug Trafficking Offense pursuant to 18 USC § 924(c)(1)(A).

1

2)      Petitioner was sentenced to NLT five (5) years to NMT 40 years imprisonment/NMT $5,000,000 fine on Count 1) and NLT five (5) years to NMT life imprisonment consecutive/NMT $250,000 fine on Count 2).

3)      Petitioner was represented by the Honorable Richard A. Hughes.

4)      The United States of America was represented by the Honorable Andrew H. Trimble.

5)      The Honorable Karen K. Caldwell presided over the proceedings.

### III.      State Court Proceedings

6)      That on or about the 17th day of March, 2025, Petitioner appeared before the Floyd Circuit Court in regards to Indictment Number 20-CR-00103, 21-CR-00153, 22-CR-00107, 23-CR-00032, and 24-CR-00084 for sentencing.

7)      Pursuant to an Order issued by the Honorable Johnny Ray Harris, Floyd Circuit Judge, Petitioner's State sentence is run concurrent to this Honorable Court's Federal Sentence and Ordered to be serve said sentences in Federal Custody. **(SEE ATTACHED)**

8)      The Kentucky Department of Corrections has now refused to honor the Order entered by the Honorable Johnny Ray Harris, Floyd Circuit Judge on the 22nd day of April, 2026

9)      Petitioner filed an Administrative Review Form (CPP 17.4) on the 17th day of June, 2026, to resolve this matter.

10)     Roederer Correctional Complex responded of the 17th day of June, 2026 stating, "You must serve your state sentence first and BOP will pick you up on their detainer."

11)     This response is in direct conflict with Floyd Circuit Court Order and this Honorable Court's Judgment.

### IV.      Statutory Authority in Support

12)    The Honorable Floyd Circuit Court issued a lawful order running its sentence concurrent with the Judgment of this Honorable Court pursuant to KRS 532.115.

13)    Kentucky Revised Statute (KRS) 532.115 provides in pertinent part:

> "The court in sentencing a person convicted of a felony, shall be authorized to run the sentence concurrent with any federal sentence received by that defendant for a federal crime and any sentence received by that defendant in another state for a felony offense. The time spent in federal custody and the time spent in custody of another state under the concurrent sentencing shall count as time spent in state custody; but the federal custody and custody in another state shall not include time spent on probation or parole or constraint incidental to release on bail...."

### V.    Requested Relief

14)    That this Honorable Court take possession of Petitioner as the Bureau of Prisons currently has jurisdiction of Petitioner pursuant to the United States of America Judgment and the Judgment of the Floyd Circuit Court.

### VI.    Conclusion

The Kentucky Department of Corrections is attempting to thwart the ends of justice by refusing to release Petitioner into Federal Custody by violating the United States of America Judgment and the Judgment of the Floyd Circuit Court.

Petitioner requests that this Honorable Court issue an Order to transport Petitioner to the Bureau of Prisons to serve his sentence and or any other protections of law that he may be entitled to.

Dated this __14__ day of __July__, 2026.

Respectfully submitted,

Bradford Hunt #228780, *Pro-Se*
Southeast State Correctional Complex
327 Correctional Drive
P.O. Box 1600
Wheelwright, Kentucky 41669

3

## NOTICE

Please take notice that the foregoing "Petition to be Taken Into Custody by the Bureau of Prisons" was mail to the United State District Court, Federal Building, 101 Barr Street, Room 206, Lexington, KY 40507 via first class mail postage prepaid on this 14 day of July , 2026, to be file upon receipt.

Bradford Hunt #228780, *Pro Se*
Southeast State Correctional Complex
327 Correctional Drive
P.O. Box 1600
Wheelwright, Kentucky 41669

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing "Petition to be Taken Into Custody by the Bureau of Prisons" was mailed to the Respondent, Assistant United States Attorney, Andrew H. Trimble, 601 Meyers Baker Road, Suite 200, London, KY 40741-3035 via first class mail postage prepaid on this 14 day of July , 2026.

Bradford Hunt #228780, *Pro Se*
Southeast State Correctional Complex
327 Correctional Drive
P.O. Box 1600
Wheelwright, Kentucky 41669

4