

ENTERED
DOUGLAS R. HALL

APR 2 2 2026

CIRCUIT/DISTRICT COURT
BY_____D.C.

COMMONWEALTH OF KENTUCKY
FLOYD CIRCUIT COURT
INDICTMENT NO. 20-CR-00103

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF

VS.                              **ORDER**

BRADFORD HUNT                                                    DEFENDANT

&ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;   &ast;

This matter having come before the Court on motion of the defendant to

be allowed to serve his sentences in this matter in Federal Custody,

It is hereby Ordered that the Defendant may serve his sentence in this

matter, which is to run concurrently with his federal sentence, in federal custody.

So Ordered, this the __21__ day of April, 2026.

_____
HON. JOHNNY RAY HARRIS
JUDGE, FLOYD CIRCUIT COURT


**CERTIFICATION:**

I hereby certify that a copy of the foregoing
Order has been duly mailed to all attorneys
and/or parties of record on this the __22__ day
of April, 2026.

DOUGLAS RAY HALL, CLERK


BY: _____, D.C.



ENTERED
DOUGLAS R. HALL

APR 2 2 2026

BY_____D.C.
CIRCUIT/DISTRICT COURT

COMMONWEALTH OF KENTUCKY
FLOYD CIRCUIT COURT
INDICTMENT NO. 2/-CR-00153

COMMONWEALTH OF KENTUCKY                                          PLAINTIFF

VS.                              **ORDER**

BRADFORD HUNT                                          .          DEFENDANT

\*      \*      \*      \*      \*      \*      \*      \*

This matter having come before the Court on motion of the defendant to be allowed to serve his sentences in this matter in Federal Custody,

It is hereby Ordered that the Defendant may serve his sentence in this matter, which is to run concurrently with his federal sentence, in federal custody.

So Ordered, this the _7/_ day of April, 2026.

_____
HON. JOHNNY RAY HARRIS
JUDGE, FLOYD CIRCUIT COURT

**CERTIFICATION:**

I hereby certify that a copy of the foregoing Order has been duly mailed to all attorneys and/or parties of record on this the _22_ day of April, 2026.

DOUGLAS RAY HALL, CLERK

BY: _____, D.C.

ENTERED
DOUGLAS R. HALL

APR 2 2 2026

CIRCUIT/DISTRICT COURT
BY _____ D.C.

COMMONWEALTH OF KENTUCKY
FLOYD CIRCUIT COURT
INDICTMENT NO. 22-CR-00107

COMMONWEALTH OF KENTUCKY                                        PLAINTIFF

VS.                              **ORDER**

BRADFORD HUNT                                                   DEFENDANT

*    *    *    *    *    *    *    *

This matter having come before the Court on motion of the defendant to be allowed to serve his sentences in this matter in Federal Custody,

It is hereby Ordered that the Defendant may serve his sentence in this matter, which is to run concurrently with his federal sentence, in federal custody.

So Ordered, this the _21_ day of April, 2026.

_____
HON. JOHNNY RAY HARRIS
JUDGE, FLOYD CIRCUIT COURT

**CERTIFICATION:**

I hereby certify that a copy of the foregoing Order has been duly mailed to all attorneys and/or parties of record on this the _22_ day of April, 2026.

DOUGLAS RAY HALL, CLERK

BY: _____, D.C.

JUL 2 1 2026

COMMONWEALTH OF KENTUCKY
FLOYD CIRCUIT COURT
INDICTMENT NO. 23-CR-00032

ENTERED
DOUGLAS R. HALL

APR 2 2 2026

CIRCUIT/DISTRICT COURT
BY_____ D.C.

COMMONWEALTH OF KENTUCKY                                        PLAINTIFF

VS.                          **ORDER**

BRADFORD HUNT                                                   DEFENDANT

*    *    *    *    *    *    *    *

This matter having come before the Court on motion of the defendant to be allowed to serve his sentences in this matter in Federal Custody,

It is hereby Ordered that the Defendant may serve his sentence in this matter, which is to run concurrently with his federal sentence, in federal custody.

So Ordered, this the _21_ day of April, 2026.

_____
HON. JOHNNY RAY HARRIS
JUDGE, FLOYD CIRCUIT COURT

**CERTIFICATION:**

I hereby certify that a copy of the foregoing Order has been duly mailed to all attorneys and/or parties of record on this the _22_ day of April, 2026.

DOUGLAS RAY HALL, CLERK

BY: _____, D.C.