Bradford Hunt #228780
Southeast State Correctional Complex
327 Correctional Drive
P.O. Box 1600
Wheelwright, KY 41669

JUL 21 2026

CHARLESTON W
POSTAGE DUE

FOREVER / USA

SSCC INMATE MAIL
NOT RESPONSIBLE
FOR CONTENTS

United States District Court
Federal Building
101 Barr Street, Room 206
Lexington, KY 40507

40507-138156

Case: 7:25-cr-00007-KKC-EBA    Doc #: 36-2    Filed: 07/21/26    Page: 2 of 2 - Page
ID#: 118



RECEIVED BY SSCC

JUL 14 2026

MAILROOM

Back of Envelope

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022