**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION AT PIKEVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 7:25-CR-007-KKC** |
| **Plaintiff,** | |
| **v.** | **OPINION and ORDER** |
| **BRADFORD HUNT,** | |
| **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on Defendant Bradford Hunt's motion to be taken into the custody of the Bureau of Prisons ("BOP"). (R. 36.)

Hunt asks that the Court direct that he be placed in federal custody. (*Id*. at 1.) He explains that after his federal sentencing, he received a Kentucky state sentence ordered to run concurrently with his federal sentence. (*Id*. at 2.) Hunt attaches the state court's April 22, 2026 order stating that he "may" serve his state sentence in federal custody. (R. 36-1 at 1.) He then submitted an administrative review request to the state correctional complex asking to be transferred to the BOP, to which he was informed: "You must serve your state sentence first and BOP will pick you up on their detainer." (R. 36 at 2.) Hunt contends that this response conflicts with the state judge's order.

Hunt is currently in state custody. His dispute arises from the interpretation and implementation of a state court order and the alleged failure of state correctional authorities to comply with that order. This Court lacks jurisdiction to resolve that dispute. Any relief, if available to Hunt, must be sought from the state court and/or the state correctional authorities.

To clarify the Court's intent regarding Hunt's state sentence that was imposed after his federal sentencing, the undersigned would be agreeable for Hunt's federal sentence to run concurrent with the state sentence. It was the Court's intent that Hunt serve 240 months total in custody. That will be accomplished if his federal sentence runs concurrently with his state sentence.

Accordingly, the Court hereby ORDERS that Hunt's motion (R. 36) is DENIED.

This 3rd day of August, 2026.

Signed By:

_Karen K. Caldwell_

United States District Judge

2